*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **DAVID A. RAMEY,**    Case No. 3:18-bk-33725 SHB
                                                                                                                           Chapter 7
        Debtor.

**NOTICE OF HEARING**

**Notice is hereby given that:**

**A hearing will be held on this pleading on March 14, 2019, at 9:00 a.m., in Courtroom 1C, Howard H. Baker, Jr. Federal Courthouse, 800 Market Street, Knoxville, TN.**

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the court may decide that you do not oppose the relief sought in this pleading.**

**<u>MOTION TO COMPROMISE DISPUTE</u>**

      Michael H. Fitzpatrick, Trustee, hereby Moves the Court pursuant to extend the deadline for him to file a complaint objecting to the discharge of the debtor from March 18, 2019 to September 16, 2019.  This case was filed December 7, 2018, and the original meeting of creditors was set for January 15, 2019.  It was then reset again to January 29, February 4 and February 12, 2019.  It is now set for March 12, 2019.

      The debtor's father recently died.  The trustee does not know if he died pre-petition or after the petition was filed.  The debtor will inherit substantial real and personal property from his father which is property of the estate pursuant to 11 U.S.C. §541(a)(5)(A).  The trustee is not receiving cooperation from the debtor about the identity and surrender of the assets.

      WHEREFORE, Michael H. Fitzpatrick, Trustee moves that the deadline for him to file a complaint objecting to the discharge of the debtor.

DATED:    February 13, 2019.

        Respectfully submitted,

        */s/ Michael H. Fitzpatrick*
        MICHAEL H. FITZPATRICK, Trustee

        **QUIST, FITZPATRICK & JARRARD, PLLC**
        2121 First Tennessee Plaza
        Knoxville, TN 37929-9711
        Phone:  865-524-1873 ext. 226
        mhf@qcflaw.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and related Notice of Hearing and Order have been furnished to the following by placing a copy in the U.S. Mail, first class, postage prepaid, to all parties listed below or on the attached mailing list this February 13, 2019:

Tiffany A. DiIorio, Esq.
Office of the U.S. Trustee
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Suite 114
Knoxville, TN 37902

Elliott J. Schuchardt, Esq.
VIA ECF

Creditors and parties in interest on the attached list

        */s/ Michael H. Fitzpatrick*
        Attorney