

**QFJ  QUIST, FITZPATRICK & JARRARD**
PLLC

MICHAEL H. FITZPATRICK
BRIAN C. QUIST†
RYAN E. JARRARD
MICHAEL A. DURR
P. TIMOTHY GRANDCHAMP*
JIMMY D. HOLBROOK, JR.‡
-SPECIAL COUNSEL
ANN P. KAPSIMALIS

*ALSO LICENSED IN ILLINOIS
†LISTED RULE 31 MEDIATOR
‡RULE 31 LISTED GENERAL CIVIL/FAMILY MEDIATOR

March 14, 2019



Ryan E. Jarrard, Esq.
865-524-1873 ext. 232
Email: rej@qcflaw.com

VIA EMAIL & FIRST CLASS MAIL

Elliott J. Schuchardt
Schuchardt Law Firm
6223 Highland Place Way
Suite 201
Knoxville, TN 37919

Re:   In re David A. Ramey
      United States Bankruptcy Court for the Eastern District of Tennessee
      Docket Number 3:18-bk-33725-MPP

Elliott,

    As you are aware, I represent Michael H. Fitzpatrick, Chapter 7 Trustee in the above captioned matter. It is my understanding that your client testified earlier this morning that he maintains a storage unit in Vonore, Tennessee where multiple vehicles are being stored. This storage unit was not disclosed in your client's Statement of Financial Affairs, and the vehicles were not listed in Schedule A/B. As a result, the trustee hereby demands that your client turn over the keys to the storage unit in question, along with the ignition / door keys / electronic fobs to every vehicle in his possession aside from the 2002 Pontiac Bonneville that was previously exempted.

    The trustee also demands that your client turn over the balance of the $17,000.00 in insurance proceeds that remains.

    Please let me know if you have any questions or concerns about this matter.

---

2121 FIRST TENNESSEE PLAZA    800 SOUTH GAY STREET    KNOXVILLE, TENNESSEE 37929
(P) 865-524-1873    (F) 865-525-2440    WWW.QCFLAW.COM

Very truly yours,

Ryan E. Jarrard