**DENIED AS MOOT.**
**SIGNED this 5th day of April, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Marcia Phillips Parsons
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

DAVID A. RAMEY,                         Case No. 3:18-bk-33725-MPP

        Debtor.

### ORDER

This matter came before the Court on the motion of the Debtor, David Ramey, for a protective order in this case. After having reviewed the motion, it is hereby ORDERED as follows:

The chapter 7 trustee shall not sell any assets in this case without advance approval of the Court.

# # #

Submitted and approved by:

By: /s/ Elliott J. Schuchardt
    Elliott Schuchardt
    TN BPR # 27016

SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37923
Phone: (865) 304-4374

E-mail:  elliott016@gmail.com

