**IN THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE**

IN RE:                                      Chapter 7

DAVID A. RAMEY,                   Case No. 3:18-bk-33725-MPP

        Debtor.

## REDACTED EXHIBIT TO MOTION
## TO COMPEL ABANDONMENT

       The Debtor, David Ramey, by and through counsel, files the attached redacted document pursuant to the Court's order dated July 31, 2019.

       Attached is a redacted copy of Attachment No. 1, to Docket No. 77 -- designated as "Exhibit A -- OPM Beneficiary Forms."

                                                         Respectfully submitted,

                                                         By: /s/ Elliott J. Schuchardt
                                                              Elliott Schuchardt
                                                              TN BPR # 27016

                                                         SCHUCHARDT LAW FIRM
                                                         6223 Highland Place Way, Suite 201
                                                         Knoxville, TN 37919
                                                         Phone:  (865) 304-4374
                                                         E-mail:  elliott016@gmail.com

                                                         *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I, Elliott Schuchardt, hereby certify that I served a true and correct copy of the redacted version of the attached document on the following persons in the manner set forth below:

a) By means of the Court's CM / ECF system on August 3, 2019:

    Ryan E. Jarrard, Esq.
    rej@qcflaw.com
    *Counsel for Michael H. Fitzpatrick, Chapter 7 Trustee*

    Michael G. Clifford, Esq.
    tnecf@logs.com
    *Counsel for Wells Fargo Bank*

    United States Trustee
    Ustpregion08.kx.ecf@usdoj.gov

b) By means of U.S. mail, postage prepaid, on July 31, 2019:

    The persons on the mailing matrix attached as (Exhibit B) who were not otherwise served by means of the Court's CM / ECF system.

                                              Respectfully submitted,

                                              By: /s/ Elliott Schuchardt
                                                  Elliott J. Schuchardt