**SO ORDERED.**
**SIGNED this 14th day of August, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

DAVID A. RAMEY,                              Case No. 3:18-bk-33725-MPP

    Debtor.

### AGREED ORDER

This matter came before the Court on the Debtor's motion for an order requiring the chapter 7 trustee, Michael Fitzpatrick, to abandon certain property to the Debtor. The Debtor, David Ramey, by and through counsel, and attorney Michael Fitzpatrick, in his capacity as Chapter 7 Trustee in this case, by counsel, have reached an agreement as to the Debtor's motion.

The parties hereby agree, and it is hereby ORDERED by the Court as follows:

1. The chapter 7 trustee, Michael Fitzpatrick, shall abandon to the Debtor (a) the Debtor's claim against Veda Odle for fraud and conversion, and (b) the bankruptcy estate's interest in the non-vehicle personal property (which does not include tools or mechanical generators) of the Debtor's father, Sheldon Ramey.  Such property is of inconsequential value to the bankruptcy estate.

2. The Parties agree that the question of whether the Trustee shall abandon the estate's interest in the 2012 Dodge Ram shall be continued until the Trustee receives the final report of distribution from the estate's administrator.

3. The chapter 7 trustee shall give the Debtor twenty one (21) days advance written notice of any plan to sell the 2012 Dodge Ram truck, so that the Debtor can present a motion to the Bankruptcy Court to consider such issue, in the event the Debtor opposes any such sale.

# # #

Submitted and approved by:

By: /s/ Elliott J. Schuchardt
    Elliott Schuchardt
    TN BPR # 27016

SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37923
Phone:  (865) 304-4374
E-mail:  elliott016@gmail.com
*Counsel for the Debtor, David Ramey*


Approved by:

By: /s/ Approved by e-mail
    Ryan Jarrard, Esq.
    TN BPR #024525

QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
Phone:  865 524.1873 ext. 232
E-mail:  rej@qcflaw.com
*Counsel for the Chapter 7 Trustee, Michael Fitzpatrick*