

**SO ORDERED.**
**SIGNED this 6th day of November, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

DAVID A. RAMEY,                              Case No. 3:18-bk-33725-MPP

    Debtor.

### ORDER

This matter came before the Court on the Debtor's motion for an order preventing the chapter 7 trustee, Michael Fitzpatrick, from selling the Debtor's interest in his father's 2012 Dodge Ram vehicle without further order of Court.

After having reviewed the motion, it is hereby ORDERED as follows:

1.    The chapter 7 trustee, Michael Fitzpatrick, shall not sell the Debtor's 2012 Dodge Ram vehicle, pending further order of this Court.

# # #

Submitted and approved by:

By: /s/ Elliott Schuchardt
    Elliott J. Schuchardt
    TN BPR # 27016

SCHUCHARDT LAW FIRM
6223 Highland Place Way, Suite 201
Knoxville, TN 37923
Phone: (865) 304-4374
E-mail: elliott016@gmail.com
*Counsel for the Debtor, David Ramey*