**Court Clerk, US Bankruptcy Court**

**800 Market St**

**Knoxville, TN 37902**

**RE: Case # 3:18-bk-33725**

Court clerk,

This letter is to update the court to my new mailing address.

Thank you,

*[signature]*

David Ramey

1742 Arlington Blvd

Huntington, WV

25705

FILED

JUL 1 2 2021

U.S. BANKRUPTCY COURT
Knoxville, Tennessee