*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**David A. Ramey**                    Case No. **3:18-BK-33725-SDR**
                                           Chapter 7

          Debtor.

**MICHAEL H. FITZPATRICK, TRUSTEE MOTION TO SELL PERSONAL
PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS WITH LIENS
ATTACHING TO PROCEEDS.**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without
further notice or hearing unless a party in interest files an objection. If you object to
the relief requested in this paper, you must file with the clerk of court at the United
States Bankruptcy Court, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street,
Suite 330, Knoxville TN 37902, an objection within twenty-one (21) days from the
date this paper was filed and serve a copy on the movant's attorney, Ryan E. Jarrard,
2121 First Horizon Plaza, Knoxville, Tennessee 37929. If you file and serve an
objection within the time permitted, the court will schedule a hearing and you will
be notified. If you do not file an objection within the time permitted, the court will
consider that you do not oppose the granting of the relief requested in this paper and
may grant the relief requested without further notice or hearing.

**Your rights may be affected.** You should read these papers carefully and
discuss them with your attorney, if you have one in the bankruptcy case. If you
do not have an attorney, you may wish to consult one.

---

        Michael H. Fitzpatrick, Trustee, by and through counsel, hereby Moves the Court for

Authority to sell the following personal property of the Estate, free and clear of liens, with liens

attaching to proceeds:

        1.      Vehicle:

                a.      2012 Dodge Ram SLR VIN# 3C63DRJL4CG160341

This sale is made pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. 2002 and 6004. The sale of the asset will be free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale. Sale of the vehicle will take place at public auction on October 2, 2021, beginning at the hour of 9:00 am.  The sale will be conducted by Powell Auction and Realty, LLC at 6729 Pleasant Ridge Road, Knoxville Tennessee 37921. The Trustee knows of no secured creditors. Powell Auction and Realty will be paid a 10% Buyers' Premium as a sales commission and costs of sale upon approval of the court pursuant to the previous Order approving the hiring of Powell Auction and Realty, LLC to serve as auctioneer. [Doc. 133].

Respectfully submitted,

Michael H. Fitzpatrick, Trustee

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esquire
BPR No. 024525
**QUIST FITZPATRICK & JARRARD, PLLC**
2121 First Horizon Plaza
Knoxville, TN 37929-2121
865-524-1873
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion and proposed Order have been served upon the indicated parties at the address shown by placing a copy thereof in the U.S. Mail, first class postage prepaid, or ECF transmission this August 3, 2021.

Tiffany A. DiIorio
Attorney for the US. Trustee
VIA ECF

David Ramey
1742 Arlington Blvd.
Huntington, WV 25705

All Parties in the attached creditor matrix.

/s/ Ryan E. Jarrard
Ryan E. Jarrard