**SO ORDERED.**
**SIGNED this 3rd day of September, 2021**

*Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

IN RE:

**David A. Ramey**

Case No. **3:18-BK-33725-SDR**
Chapter 7

Debtor.

### ORDER FOR SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS

The Trustee, Michael H. Fitzpatrick moved to sell personal property of the estate at auction, free and clear of liens with liens attaching to sale proceeds via passive notice. The Trustee served the motion upon all parties in interest. No objections were filed or announced. The court is of the opinion that the relief requested should be granted and the Trustee is authorized to sell the 2012 Dodge Ram SLR VIN# 3C63DRJL4CG160341 via auction pursuant

to the terms set forth in the underlying motion. The Trustee shall file a report of sale within 10

days following closing.

###

**APPROVED:**

Michael H. Fitzpatrick, Trustee

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esquire
BPR No. 024525
**QUIST FITZPATRICK & JARRARD, PLLC**
2121 First Horizon Plaza
Knoxville, TN 37929-2121
865-524-1873
rej@qcflaw.com