# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| David A. Ramey | § | Case No. 3:18-bk-33725-SDR |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL H. FITZPATRICK, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 500,450.00 *(Without deducting any secured claims)* | Assets Exempt: 11,600.00 |
| Total Distributions to Claimants: 18,118.14 | Claims Discharged Without Payment: 40,770.43 |
| Total Expenses of Administration: 44,353.45 | |

3) Total gross receipts of $62,471.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $62,471.59 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,353.45 | 44,353.45 | 44,353.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,256.00 | 42,391.57 | 42,391.57 | 18,118.14 |
| **TOTAL DISBURSEMENTS** | $57,256.00 | $86,745.02 | $86,745.02 | $62,471.59 |

4) This case was originally filed under chapter 7 on 12/07/2018. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2022         By: /s/MICHAEL H. FITZPATRICK, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Ram 3500 truck inheritance | 1129-000 | 51,750.00 |
| BB&T Savings account inheritance | 1229-000 | 4,000.00 |
| Inheritance | 1229-000 | 6,721.59 |
| **TOTAL GROSS RECEIPTS** | | **$62,471.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$NA** | **$NA** | **$NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL H. FITZPATRICK | 2100-000 | NA | 6,373.58 | 6,373.58 | 6,373.58 |
| MICHAEL H. FITZPATRICK | 2200-000 | NA | 470.48 | 470.48 | 470.48 |
| Axos Bank | 2600-000 | NA | 222.43 | 222.43 | 222.43 |
| BANKRUPTCY COURT CLERK | 2700-000 | NA | 188.00 | 188.00 | 188.00 |
| BB&T | 2990-000 | NA | 19.06 | 19.06 | 19.06 |
| Ryan E. Jarrard | 3210-000 | NA | 29,171.00 | 29,171.00 | 29,171.00 |
| Ryan E. Jarrard | 3220-000 | NA | 1,433.90 | 1,433.90 | 1,433.90 |
| POWELL AUCTION AND REALTY COMPANY | 3610-000 | NA | 6,475.00 | 6,475.00 | 6,475.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $44,353.45 | $44,353.45 | $44,353.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Franklin Financial, Po Box 448 Lenoir City, TN 37771 | | 0.00 | NA | NA | 0.00 |
| | 1st Franklin Financial, Po Box 448 Lenoir City, TN 37771 | | 1,596.00 | NA | NA | 0.00 |
| | Ally Financial, P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | Blmdsnb, Po Box 8218 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Cap One, Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Capital One Auto Finan, Po Box 259407 Plano, TX 75025 | | 0.00 | NA | NA | 0.00 |
| | Capital One, Po Box 30281 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carmax Auto Finance, 12800 Tuckahoe Creek Pkw Richmond, VA 23238 | | 13,915.00 | NA | NA | 0.00 |
| | Ccs/first National Ban, 500 East 60th St North Sioux Falls, SD 57104 | | 843.00 | NA | NA | 0.00 |
| | Chase Mtg, Po Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Citi-shell, Po Box 6497 Sioux Falls, SD 57117 | | 143.00 | NA | NA | 0.00 |
| | Comenitycb/hsn, Po Box 182120 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Conns Credit Corp, 3295 College St Beaumont, TX 77701 | | 0.00 | NA | NA | 0.00 |
| | Credit First N A, 6275 Eastland Rd Brookpark, OH 44142 | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank Na, Po Box 98872 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | Jared Galleria, 375 Ghent Rd Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jared Galleria, 375 Ghent Rd Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Kay Jewelers, 375 Ghent Rd Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Kay Jewelers, 375 Ghent Rd Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Kay Jewelers, 375 Ghent Rd Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Knox Tva Empl Cr Un, 301 Wall Ave Knoxville, TN 37902 | | 0.00 | NA | NA | 0.00 |
| | Lane Bryant Retail/soa, 450 Winks Lane Bensalem, PA 19020 | | 0.00 | NA | NA | 0.00 |
| | Leroys Jewelers, 375 Ghent Rd Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Mercury Card/fb&t/tsys, 2220 6th St Brookings, SD 57006 | | 0.00 | NA | NA | 0.00 |
| | Navient Solutions Inc, Po Box 9500 Wilkes Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Ornl Credit Union, Po Box 365 Oak Ridge, TN 37831 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ornl Credit Union, Po Box 365 Oak Ridge, TN 37831 | | 0.00 | NA | NA | 0.00 |
| | Sun Loan #238, 785 Hwy 321 N Lenoir City, TN 37771 | | 0.00 | NA | NA | 0.00 |
| | Sun Loan #238, 785 Hwy 321 N Lenoir City, TN 37771 | | 0.00 | NA | NA | 0.00 |
| | Sun Loan #238, 785 Hwy 321 N Lenoir City, TN 37771 | | 0.00 | NA | NA | 0.00 |
| | Superior Financial Ser, 1190 E Andrew Johnson Hw Greeneville, TN 37745 | | 0.00 | NA | NA | 0.00 |
| | Superior Financial Ser, 1190 E Andrew Johnson Hw Greeneville, TN 37745 | | 0.00 | NA | NA | 0.00 |
| | Syncb/bp, C/o Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/car Care Disc Ti, C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/car Care Napa Ea, C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/citgo, 4125 Windard Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |
| | Syncb/conns, C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/gap, Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/home Shopping, Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/jcp, Po Box 965007 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/paypal Smart Con, Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/walmart, Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/walmart, Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred, Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Webbank/fingerhut, 6250 Ridgewood Road Saint Cloud, MN 56303 |  | 0.00 | NA | NA | 0.00 |
|  | Wells Fargo Dealer Svc, Po Box 1697 Winterville, NC 28590 |  | 0.00 | NA | NA | 0.00 |
|  | Y-12 Federal Credit Un, Po Box 2512 Oak Ridge, TN 37831 |  | 0.00 | NA | NA | 0.00 |
| 10 | American Express National Bank | 7100-000 | 1,689.00 | 1,689.31 | 1,689.31 | 722.01 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 2,098.00 | 2,098.78 | 2,098.78 | 897.02 |
| 7 | Capital One, N.A. | 7100-000 | 1,784.00 | 1,784.17 | 1,784.17 | 762.55 |
| 13 | Citibank, N.A. | 7100-000 | 932.00 | 932.35 | 932.35 | 398.49 |
| 2 | Discover Bank | 7100-000 | 1,305.00 | 1,305.47 | 1,305.47 | 557.96 |
| 5 | Internal Revenue Service | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | Midland Funding LLC | 7100-000 | 1,607.00 | 1,607.36 | 1,607.36 | 686.99 |
| 9 | Midland Funding LLC | 7100-000 | 3,536.00 | 3,535.69 | 3,535.69 | 1,511.15 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | 3,898.00 | 3,897.77 | 3,897.77 | 1,665.90 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Pyod, LLC | 7100-000 | 2,240.00 | 2,240.74 | 2,240.74 | 957.69 |
| 12 | Pyod, LLC | 7100-000 | 775.00 | 775.28 | 775.28 | 331.35 |
| 1 | Quantum3 Group LLC As Agent For | 7100-000 | 0.00 | 428.26 | 428.26 | 183.04 |
| 3 | Quantum3 Group LLC As Agent For | 7100-000 | 0.00 | 999.65 | 999.65 | 427.25 |
| 14 | Synchrony Bank | 7100-000 | 1,552.00 | 1,552.78 | 1,552.78 | 663.66 |
| 6 | Y-12 Federal Credit Union | 7100-000 | 19,343.00 | 19,543.96 | 19,543.96 | 8,353.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $57,256.00 | $42,391.57 | $42,391.57 | $18,118.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-33725 | SHB | Judge: | Suzanne H. Bauknight | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | David A. Ramey | | | | Date Filed (f) or Converted (c): | 12/07/2018 (f) |
| | | | | | 341(a) Meeting Date: | 01/15/2019 |
| For Period Ending: | 05/02/2022 | | | | Claims Bar Date: | 05/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2002 Pontiac Bonneville Mileage: 198,000 | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 2. Debtor's Household Goods And Furniture. One Bedroom Suite. Loveseat. Dishes.<br><br>Order #87 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 3. Cell Phone, Television, Laptop Computer, Dvd Player. | 850.00 | 0.00 | | 0.00 | FA |
| 4. 2 Pistols. | 450.00 | 0.00 | | 0.00 | FA |
| 5. Clothing. | 350.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 400.00 | 0.00 | | 0.00 | FA |
| 7. Regions Bank | 950.00 | 0.00 | | 0.00 | FA |
| 8. Regions Bank | 40.00 | 0.00 | | 0.00 | FA |
| 9. Adp | 600.00 | 0.00 | | 0.00 | FA |
| 10. Inheritance (u)<br><br>This is a generic asset listing for the detail that follows. | 0.00 | 6,721.59 | | 6,721.59 | FA |
| 11. 7010 Davis Ferry Rd., Loudon inheritance (u)<br><br>Order #75<br>This asset was sold by the state court administrator as part of the deceased father's estate. | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 12. 2016 Dodge Hellcat inheritance (u)<br><br>Sold in father's estate. | 53,000.00 | 29,000.00 | | 0.00 | FA |
| 13. 1964 Corvette inheritance (u)<br><br>Sold in father's estate. | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 14. 2012 Ram 3500 truck inheritance (u) | 42,000.00 | 42,000.00 | | 51,750.00 | 0.00 |
| 15. 1969 Nova Super Sport auto inheritance (u)<br><br>Sold in father's estate. | 5,000.00 | 5,000.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-33725 | SHB | Judge: | Suzanne H. Bauknight | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE |
| Case Name: | David A. Ramey | | | | Date Filed (f) or Converted (c): | 12/07/2018 (f) |
| | | | | | 341(a) Meeting Date: | 01/15/2019 |
| For Period Ending: | 05/02/2022 | | | | Claims Bar Date: | 05/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 1966 Chevy auto inheritance (u)  Sold in father's estate. | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 17. 1983 Chevrolet Camero inheritance (u)  Sold in father's estate. | 800.00 | 800.00 | | 0.00 | FA |
| 18. 2003 Chevy Colorado truck inheritance (u)  Sold in father's estate. | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 19. 2002 Harley Davidson motorcycle inheritance (u)  Sold in father's estate. | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 20. 2010 Kawasaki Ninja 1000R motorcylce inheritance (u)  Sold in father's estate. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 21. Dining room set inheritance (u)  Order #87 | 500.00 | 500.00 | OA | 0.00 | FA |
| 22. Used washer/dryer inheritance (u)  Order #87 | 350.00 | 350.00 | OA | 0.00 | FA |
| 23. Oak bedroom set inheritance (u)  Order #87 | 500.00 | 500.00 | OA | 0.00 | FA |
| 24. 65" TV inheritance (u)  Order #87 | 500.00 | 500.00 | OA | 0.00 | FA |
| 25. BB&T Savings account inheritance (u)  Debtor withdrew all these funds and is only allowed to exempt $3,660 of the balance he withdrew from this account. Order #59. The balance is uncollectable unless there is a surplus from the father's estate which is extremely unlikely. | 18,800.00 | 340.00 | | 4,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-33725 | SHB | Judge: | Suzanne H. Bauknight | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | David A. Ramey | | | | Date Filed (f) or Converted (c): | 12/07/2018 (f) |
| | | | | | 341(a) Meeting Date: | 01/15/2019 |
| For Period Ending: | 05/02/2022 | | | | Claims Bar Date: | 05/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Veda Odle claim BB&T bank account (u)  Order #87 | 5,800.00 | 0.00 | OA | 0.00 | FA |
| 27. Veda Odle Huntington CU bank account (u)  Order #87 | 0.00 | 0.00 | OA | 0.00 | FA |
| 28. Veda Odle claim OPM annuity (u)  Order #87 | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 29. Veda Odle claim Life Insurance (u)  Order #87 | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 30. Veda Odle claim personal property (u)  Order #87 | 15,000.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $569,190.00         $141,511.59                         $62,471.59         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 8

Case history:
The father died a few days after the petition was filed.  All of the assets in the amended schedules are assets in the decedent estate of his father (assets 10-30), but were not all of the father's assets.  There were 2 heirs.  Specific bequests were made to the father's girlfriend of many years (Veda Odie).  She has those assets.  She also was a beneficiary of insurance.  The remainder of the estate was left to the debtor and all of those assets are listed in the amended schedules.  The debtor spent most of the father's cash before I knew of the death, and I received the $4,000 balance after the final 341 meeting.The administrator for the father's estate has sold almost all of the decedent estate assets which were not left to Ms. Odie.  The remaining asset (plus cash from those sales) is the 2012 Ram 3500 truck.The debtor takes the position that the will and change of insurance beneficiary was fraudulent by Ms. Odie.  I have abandoned those claims.The state court administrator filed his final report.  The order of the state court approving the final report is what the debtor has appealed.  He feels that the administrator has not done his job and that he should not be allowed fees.  The consequence of the appeal will be the sale of the 2012 Ram truck to fund the Administrator's attorney fees for the appeal.  When all is done, I will get the cash left in the estate plus the truck if it is not sold.  I would have gotten about $36,651.96 plus the truck if the appeal had not been filed.

3/31/22 no objections to the TFR filed.
3/9/22 TFR filed.
11/14/21 all assets have been sold.  The debtor continues to object to everything delaying a distribution.
10/21/21 the father's truck sold at auction for the gross price of $45,000 plus buyer's premium.
8/16/21 received Shelton D. Ramey Estate final distribution.
4/23/21 the State App. Ct. dismissed Mr. Ramey's appeal for lack of standing.  An application to the state Supreme Court is expected.
4/14/21 work on response to UST annual report comments.
2/24/21 watch the appellate argument via the TN Court of Appeals You-Tube channel.  Telephone conference with REJ.
1/29/21 Ramey State App. Ct. oral argument set 2/24/21.
1/10/21 Ramey reply brief received.
12/10/20 Ramey reply brief extended to 1/7/21.
12/4/20 estate appellate brief filed. Any reply is due in 14 days.
11/9/20 receive and review Mr. Ramey's state appellate brief.  Email discussion with Mr. Jarrard.
9/29/20 Mr. Ramey requests Ct. of Appeals brief extension to 11/7.
9/29/20 Hon. Shelley D. Rucker assigned to the case.
6/3/20 Court of Appeals requests Trial Court for more findings.  Will reset briefing schedule once done.
5/6/20 Debtor State Court of Appeals brief due 6/1/20.
3/31/20 Mr. Ramey has appealed the state court final administrator's account.
12/10/19 Mr. Schuchardt is barred from practise in local Federal Court, no formal withdrawal filed in this case. (3:18-mc-00039)
7/26/19 stay relief order entered.
5.16.19 download and review claims.  Send claim report to Atty. Schuchardt for identification of any to which the debtor objects.
4/5/19 attend motion hearing.
3/29/19 receive debtor check of $4,000.
3/26/19 attend probate hearing to have substitute administrator appointed.
2/13/19 request notice of assets and move to extend 727 bar deadline.
2/6/19 telephone call advising that the debtor's father died leaving most of his substantial estate including land in Loudon County, cash and quite a few vehicles to the debtor but he is not cooperating with the administrator of the estate.

Initial Projected Date of Final Report (TFR): 09/30/2021        Current Projected Date of Final Report (TFR): 05/01/2022

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 18-33725 | Trustee Name: MICHAEL H. FITZPATRICK, TRUSTEE |
| Case Name: David A. Ramey | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0229 |
| | Checking |
| Taxpayer ID No: XX-XXX9651 | Blanket Bond (per case limit): $7,640,794.00 |
| For Period Ending: 05/02/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/29/19 | 25 | David A. Ramey<br>1701 Hutchison Ave., Apt. 18<br>Knoxville, TN 37917-3854 | Bank Account Balance<br>Balance father's BB&T Savings Account | 1229-000 | $4,000.00 | | $4,000.00 |
| 04/16/19 | 11 | BB&T<br>ATTN Legal Fulfillment<br>P.O. Box 1489<br>Lumberton, NC 28359 | Document subpoena cost | 2990-000 | | $19.06 | $3,980.94 |
| 08/16/21 | 10 | Shelton D. Ramey Estate | Distribution | 1229-000 | $6,721.59 | | $10,702.53 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.99 | $10,694.54 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.43 | $10,683.11 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.80 | $10,671.31 |
| 11/05/21 | 14 | Powell Auction | Auction Proceeds<br>The commission and expenses are still being determined. | 1129-000 | $51,750.00 | | $62,421.31 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.79 | $62,367.52 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.86 | $62,298.66 |
| 01/22/22 | 12 | POWELL AUCTION AND REALTY COMPANY<br>6729 Pleasant Ridge Road<br>Knoxville, TN 37921 | Auction Expense<br>Order doc. 167 | 3610-000 | | $6,475.00 | $55,823.66 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.56 | $55,755.10 |
| 02/17/22 | 13 | Ryan E. Jarrard<br>2121 First Horizon Plaza<br>Knoxville, TN 37929-9711 | Distribution<br>Order 170 & 134 | | | $30,604.90 | $25,150.20 |

Page Subtotals: $62,471.59  $37,321.39

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-33725 | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE | Exhibit 9 |
| --- | --- | --- | --- | --- |
| Case Name: | David A. Ramey | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0229 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9651 | Blanket Bond (per case limit): | $7,640,794.00 | |
| For Period Ending: | 05/02/2022 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Ryan E. Jarrard | ($29,171.00) | 3210-000 | | | |
| | | Ryan E. Jarrard | ($1,433.90) | 3220-000 | | | |
| 04/05/22 | 14 | MICHAEL H. FITZPATRICK<br>2121 FIRST TENNESSEE PLAZA<br>KNOXVILLE, TN 37929-9711 | Distribution | | | $6,844.06 | $18,306.14 |
| | | MICHAEL H. FITZPATRICK | Final distribution creditor account # representing a payment of 100.00 % per court order. ($6,373.58) | 2100-000 | | | |
| | | MICHAEL H. FITZPATRICK | Final distribution creditor account # representing a payment of 100.00 % per court order. ($470.48) | 2200-000 | | | |
| 04/05/22 | 15 | BANKRUPTCY COURT CLERK<br>UNITED STATES BANKRUPTCY COURT<br>HOWARD H. BAKER JR. U.S. COURTHOUSE<br>SUITE 330, 800 MARKET STREET,<br>KNOXVILLE, TN 37902 | Motion to Sell | 2700-000 | | $188.00 | $18,118.14 |
| 04/05/22 | 16 | Quantum3 Group LLC As Agent For Crown Asset Management LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 1 creditor account #4277 representing a payment of 42.74 % per court order. | 7100-000 | | $183.04 | $17,935.10 |
| 04/05/22 | 17 | Discover Bank<br>Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 2 creditor account #5148 representing a payment of 42.74 % per court order. | 7100-000 | | $557.96 | $17,377.14 |
| 04/05/22 | 18 | Quantum3 Group LLC As Agent For Credit Corp Solutions Inc<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 3 creditor account #9239 representing a payment of 42.74 % per court order. | 7100-000 | | $427.25 | $16,949.89 |
| 04/05/22 | 19 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 4 creditor account #0206 representing a payment of 42.74 % per court order. | 7100-000 | | $897.02 | $16,052.87 |

| | | | Page Subtotals: | | $0.00 | $9,097.33 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-33725 | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | David A. Ramey | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0229 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9651 | Blanket Bond (per case limit): | $7,640,794.00 | |
| For Period Ending: | 05/02/2022 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/22 | 20 | Y-12 Federal Credit Union<br>P.O. Box 2512<br>Oak Ridge, TN 37830 | Final distribution to claim 6 creditor account #0738 representing a payment of 42.74 % per court order. | 7100-000 | | $8,353.08 | $7,699.79 |
| 04/05/22 | 21 | Capital One, N.A.<br>C/O Becket And Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 7 creditor account #9937 representing a payment of 42.74 % per court order. | 7100-000 | | $762.55 | $6,937.24 |
| 04/05/22 | 22 | Midland Funding LLC<br>Midland Funding Llc<br>P.O. Box 2011<br>Warren, Mi 48090 | Distribution | | | $2,198.14 | $4,739.10 |
| | | Midland Funding LLC | Final distribution to claim 8 ($686.99) creditor account #6741 representing a payment of 42.74 % per court order. | 7100-000 | | | |
| | | Midland Funding LLC | Final distribution to claim 9 ($1,511.15) creditor account #8743 representing a payment of 42.74 % per court order. | 7100-000 | | | |
| 04/05/22 | 23 | American Express National Bank<br>C/O Becket And Lee Llp<br>P.O. Box 3001<br>Malvern PA 19355-0701 | Final distribution to claim 10 creditor account #1002 representing a payment of 42.74 % per court order. | 7100-000 | | $722.01 | $4,017.09 |
| 04/05/22 | 24 | Pyod, LLC<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC 29602 | Distribution | | | $1,289.04 | $2,728.05 |
| | | Pyod, LLC | Final distribution to claim 11 ($957.69) creditor account #5096 representing a payment of 42.74 % per court order. | 7100-000 | | | |
| | | Pyod, LLC | Final distribution to claim 12 ($331.35) creditor account #3559 representing a payment of 42.74 % per court order. | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $13,324.82 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-33725 | Trustee Name: | MICHAEL H. FITZPATRICK, TRUSTEE |
|---|---|---|---|
| Case Name: | David A. Ramey | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0229 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9651 | Blanket Bond (per case limit): | $7,640,794.00 |
| For Period Ending: | 05/02/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/22 | 25 | Citibank, N.A.<br>6716 Grade Ln Bldg 9 Ste 910-PY Dept<br>Louisville, KY 40213-3439 | Final distribution to claim 13 creditor account #2320 representing a payment of 42.74 % per court order. | 7100-000 | | $398.49 | $2,329.56 |
| 04/05/22 | 26 | Synchrony Bank<br>C/O Pra Receivables Management, LLC<br>P.O. Box 41031<br>Norfolk VA 23541 | Final distribution to claim 14 creditor account #0197 representing a payment of 42.74 % per court order. | 7100-000 | | $663.66 | $1,665.90 |
| 04/05/22 | 27 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk Va 23541 | Final distribution to claim 15 creditor account #8632 representing a payment of 42.74 % per court order. | 7100-000 | | $1,665.90 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $62,471.59 | $62,471.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $62,471.59 | $62,471.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $62,471.59 | $62,471.59 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*          Page Subtotals:          $0.00          $2,728.05

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0229 - Checking | $62,471.59 | $62,471.59 | $0.00 |
|  | $62,471.59 | $62,471.59 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $62,471.59 |
| Total Gross Receipts: | $62,471.59 |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*